658

No. 483. KEIG, TRUSTEE IN BANKRUPTCY, ET AL. *v.* HARRIS TRUST & SAVINGS BANK ET AL.;

No. 484. SAME *v.* HARRIS TRUST & SAVINGS BANK; and

No. 485. SAME *v.* FIRST NATIONAL BANK. January 3, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. William W. Wilson* and *Edmund D. Adcock* for petitioners. *Messrs. Charles LeRoy Brown* and *Jacob Logan Fox* for Harris Trust & Savings Bank, and *Messrs. Francis X. Busch, Harold V. Amberg, James J. Magner,* and *Cassius M. Doty* for First National Bank, respondents. Reported below: 98 F. 2d 952.

No. 494. MILLS DEVELOPMENT CORP. ET AL. *v.* SHIPP & HEAD, INC. January 3, 1939. Petition for writ of certiorari to the Supreme Court of Florida denied. *Messrs. Claude Pepper, C. L. Waller,* and *George F. Shea* for petitioners. *Messrs. Alfred R. Kline* and *W. H. Burwell* for respondent.

No. 488. SCOTT COUNTY ET AL. *v.* KENT, RECEIVER. January 3, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. J. A. Fowler* for petitioners. *Mr. George P. Barse* for respondent.

Nos. 496 and 497. LOFLAND *v.* FOX, RECEIVER. January 3, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Wm. Elmer Brown, Jr.* for petitioner. No appearance for respondent.